1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN WHITAKER,

Plaintiff,

v.

JACK SEN BENEVOLENT
ASSOCIATION, et al.,

Defendants.

Case No.  21-cv-03469-JCS

**ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED**

Plaintiff has filed a notice stating that "the barriers alleged in his Complaint have been removed and currently the subject property is fully remediated and accessible for person with disabilities, specifically wheelchair users" and therefore, that he is "now satisfied his claim for injunctive relief has been rendered moot." Dkt. 19.  Plaintiff also seeks damages in his complaint, under the Unruh Civil Rights Act.  Plaintiff is ordered to show cause why the Court should not dismiss his claim for injunctive relief under the Americans with Disabilities Act as moot and decline to exercise supplemental jurisdiction over the Unruh Act claim.  Plaintiff shall file a response or stipulated dismissal of this case no later than **October 14, 2022**.

**IT IS SO ORDERED.**

Dated:  September 28, 2022

JOSEPH C. SPERO
Chief Magistrate Judge